UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON DAVID SIMONEAUX | CIVIL ACTION |
| VERSUS | NO. 16-15043 |
| TERREBONNE PARISH<br>SHERIFF'S OFFICE, ET AL. | SECTION: "N"(3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 23rd day of March, 2017.


KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE